Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

*Attorney for Plaintiff and*
*The Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CALLEN. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHBAY HEALTHCARE CORPORATION<br><br>Defendant. | **Case No.: 2:25-cv-00480-JDP**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deborah Callen hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 4, 2025

By: */s/ Daniel Srourian*
Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

1

Courtney Maccarone*
Mark Svensson*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: cmaccarone@zlk.com
Email: msvensson@zlk.com

*Attorneys for Plaintiff and the Proposed Class*